# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 08CR 0188 |
| vs. ) | |
| MARK HILL ) | MAGISTRATE JUDGE COLE |

**FILED** FEB 28 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

The undersigned Affiant personally appeared before <u>JEFFREY COLE</u>, a United States Magistrate Judge, and being duly sworn on oath, states: That at <u>WESTERN DISTRICT, KENTUCKY</u>, one, <u>MARK HILL</u>, was charged in a Petition for Warrant or Summons for Offender Under Supervision with <u>violations of supervised release</u>, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant of Arrest is outstanding for the arrest of said defendant. (See Exhibit A - Warrant For Arrest).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____ 3/08
FRANK KRUCHTEN
Deputy Marshal
United States Marshal's Service

Subscribed and Sworn to before me this
<u>28th</u> day of <u>February</u>, 2008.

_____
JEFFREY COLE
United States Magistrate Judge

**FILED**
February 28, 2008
FEB 28 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MEGAN CUNNIFF CHURCH
Assistant U.S. Attorney

Bond set [or recommended] by issuing Court at _____

‰AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____WESTERN_____ District of _____KENTUCKY AT FORT C_____

UNITED STATES OF AMERICA

V.

MARK HILL

WARRANT FOR ARREST

Case Number: 5:95M-308-K

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____MARK HILL_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation  X Probation Violation Petition

charging him or her  (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

CERTIFIED
U. S. District Co
Paducah, Ky
DATE:
BY:
   Deputy Cle

in violation of _____ United States Code, Section(s) _____

JEFFREY A. APPERSON
Name of Issuing Officer

By: Mary Butler, DC
Signature of Issuing Officer

CLERK
Title of Issuing Officer

OCTOBER 2, 2001 AT PADUCAH, KEN
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |