# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 188 - 1 | **DATE** | 2/28/2008 |
| **CASE TITLE** | USA vs. Mark Hill | | |

**DOCKET ENTRY TEXT**

Initial appearance held on removal proceedings. Defendant appears in response to arrest on 2/28/08. Enter order appointing John F. Murphy as counsel for defendant Mark Hill will be detained until removal hearing reconvenes on 2/29/08 at 10:30 a.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|