## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 188 - 1 | **DATE** | 2/29/2008 |
| **CASE TITLE** | USA v. Mark Hill | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Government's oral motion for detention is denied. Defendant's motion for bond is granted. Defendant is released on a $4,500.00 own recognizance bond. Defendant is to report to the Western District of Kentucky for further proceedings. Mr. Murphy is to provide the address and date to the defendant when he is to report for his hearing. The defendant is directed to report by Monday 3/3/08 to his parole officer by telephone,

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|