UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**         **OFFICE OF THE CLERK**
  **CLERK**                              March 7, 2008

United States District Court
Western District of Kentucky
Office of the Clerk
127 Federal Bldg
501 Broadway Street
Paducah, KY 42001-6856

**Re:**  USA v. Mark Hill - 08 CR 188

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_  Docket Sheet, Case No.: 08 CR 188 | _X_ Order of Removal dated: 2/29/08 |
| _X_  Affidavit in Removal | ____ Final Commitment Proceedings |
| _X_  Financial Affidavit | ____ Temporary Commitment |
| _X_  Order appointing counsel | _X_ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_  Appearance form | _X_ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
   Marsha E. Glenn, Deputy Clerk