Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 188 - 1 | **DATE** | 3/4/2008 |
| **CASE TITLE** | USA vs. Joe Thompson | | |

**DOCKET ENTRY TEXT**

At the request of the defendants counsel the hearing scheduled for 3/5/08 at 12:30 p.m. is cancelled.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|