M HN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    08 CR 188

    United States District Court
    Western District of Kentucky
    Office of the Clerk
    127 Federal Bldg
    501 Broadway Street
    Paducah, KY 42001-6856

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Liz Medley*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Liz Medley
C. Date of Delivery: 3-11-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   08 CR 188

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0001 7313 6461

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

FILED
MAR 14 2008
3-14-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT