UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604      08 MAR 11 A11 :36

**MICHAEL W. DOBBINS,**
   **CLERK**

OFFICE OF THE CLERK
March 7, 2008
US DISTRICT COURT CL
WESTN. DIST. KENTUCK

United States District Court
Western District of Kentucky
Office of the Clerk
127 Federal Bldg
501 Broadway Street
Paducah, KY 42001-6856

Re:  USA v. Mark Hill - 08 CR 188

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 188 | _X_ Order of Removal dated: 2/29/08 |
| _X_ Affidavit in Removal | ___ Final Commitment Proceedings |
| _X_ Financial Affidavit | ___ Temporary Commitment |
| _X_ Order appointing counsel | _X_ Order setting conditions of release |
| ___ CJA 20 Form | ___ Detention Order |
| _X_ Appearance form | _X_ Appearance Bond |
| | ___ Other(see docket for entries): |

FILED
MAR 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn, Deputy Clerk